MIE 1
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

FORD, Martez                                                Crim. No.:  13CR20071-01

On 09/23/2015 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 10/09/2015, and the Court made the following finding(s):

X   The Court declined to rule on the violation petition.

Due to the above mentioned decision, the probation department respectfully recommends that the Court dispose of the violation matter and continue supervision.

Respectfully submitted,

s/Daniel Ziehmer
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this   26th     Day of   October           , 2015 .

s/Robert H. Cleland
Robert H. Cleland
United States District Judge